**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **LUPE YARRITO,** ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 09-1952 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

    **IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded to defendant for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

December 21, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge