1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
       Telephone: (909) 796-4560
4      Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net

6
7  Attorney for Plaintiff

8                UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 LUPE YARRITO,                          )     No.  EDCV 09-1952 AJW
                                          )
11                                        )
      Plaintiff,                          )     ORDER AWARDING EAJA FEES
12                                        )
13    v.                                  )
                                          )
14                                        )
   MICHAEL J. ASTRUE,                     )
15 Commissioner Of Social Security,       )
                                          )
16                                        )
      Defendant.                          )
17 _____)

18
       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
       IT IS ORDERED that EAJA fees are awarded to plaintiff, subject to the terms
20
       of the Stipulation, in the amount of THREE THOUSAND DOLLARS AND
21
       00/100 ($3,000.00).
22
       January 19, 2011
23
24                                       _____
25
                                         HON. ANDREW J. WISTRICH
26                                       UNITED STATES MAGISTRATE JUDGE
27
28

                                        -1-